USDA-FmHA
Form FmHA 1940-16
(Rev. 4-91)

**PROMISSORY NOTE**

*For HA*

| TYPE OF LOAN | | |
|---|---|---|
| RH 502 | | |

| STATE | MAINE |
|---|---|
| COUNTY | WALDO |
| CASE NO. | ▬▬▬▬▬▬▬ |

## Exhibit 1

Date ___NOVEMBER 17___, 19_94_.

**FOR VALUE RECEIVED,** the undersigned (whether one or more persons, herein called "Borrower") jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration,

United States Department of Agriculture, (herein called the "Government") at its office in ___BELFAST, MAINE___

THE PRINCIPAL SUM OF ___SIXTY-SIX THOUSAND TWO HUNDRED AND NO/100THS___

DOLLARS ($ _66,200.00_ ), plus INTEREST on the UNPAID PRINCIPAL of

___EIGHT___ PERCENT ( _8.0000_ %) PER ANNUM.

Payment of the said Principal and Interest shall be as agreed between the Borrower and the Government using one of three alternatives as indicated below: (check one)

☐ I.    Principal and Interest payments shall be deferred. The interest accrued to _____, 19____ shall be added to the Principal. Such new Principal and later accrued Interest shall be payable in _____ regular amortized installments on the dates indicated in the box below. Borrower authorizes the Government to enter the amount of such new Principal herein $_____ and the amount of such regular installments in the box below, when such amounts have been determined.

☐ II.    Payment of Interest shall not be deferred. Installments of accrued Interest shall be payable on the _____ of each _____ beginning on _____, 19____, through _____, 19____, Principal and later accrued Interest shall be paid in _____ installments as indicated in the box below;

☒ III.    Payments shall not be deferred. Principal and Interest shall be paid in ___456___ installments as indicated in the box below:

| | |
|---|---|
| $ _465.00_ on ___DECEMBER 17___, 19_94_, and | |
| $ _465.00_ thereafter on the ___SEVENTEENTH___ of each ___MONTH___ | |

until the PRINCIPAL and INTEREST are fully paid except that the FINAL INSTALLMENT of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and PAYABLE ___THIRTY-EIGHT___ ( _38_ ) YEARS from the DATE of this NOTE. The consideration herefor shall support any agreement modifying the foregoing schedule of payments.

Presentment, protest, and notice are hereby waived.

_Christine D. Ogden_ (SEAL)

CHRISTINE D. OGDEN                *(BORROWER)*

_____ (SEAL)

                                *(CO-BORROWER)*

RR #1, BOX 98

SEARSPORT, ME  04974

### RECORD OF ADVANCES

| | AMOUNT | DATE | | AMOUNT | DATE | | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| (1) | $ 66,200.00 | 11/17/94 | (8) | $ | | (15) | $ | |
| (2) | $ | | (9) | $ | | (16) | $ | |
| (3) | $ | | (10) | $ | | (17) | $ | |
| (4) | $ | | (11) | $ | | (18) | $ | |
| (5) | $ | | (12) | $ | | (19) | $ | |
| (6) | $ | | (13) | $ | | (20) | $ | |
| (7) | $ | | (14) | $ | | (21) | $ | |
| | | | | | TOTAL | | $ 66,200.00 | |