UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
CIVIL ACTION NO.: 1:25-cv-00155-JAW

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    PLAINTIFF,<br><br>  vs.<br><br>CHRISTINE D. OGDEN,<br><br>    DEFENDANT. | DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR FORECLOSURE AND SALE |

<u>REGARDING PROPERTY AT OR ABOUT 13 ROUTE 1 ROAD
SEARSPORT, MAINE 04974
MORTGAGE RECORDED IN WALDO COUNTY REGISTRY OF DEEDS
BOOK 1496, PAGE 129</u>

**NOW COMES** the Defendant, Christine D. Ogden, by and through her attorney, Jeremy M. Marden, Esq. and responds to Plaintiff's Complaint, as follows:

### ANSWER

### JURISDICTION AND VENUE

1. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

### PARTIES

3. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

## FACTS

5. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 8 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

9. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 9 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

10. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 10 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

11. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

12. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

13. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

14. Defendant, Christine D. Ogden admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendant, Christine D. Ogden is without sufficient information to form a response to the allegations contained in Paragraph 15 of Plaintiff's Complaint and therefore denies any and all allegations contained therein.

**WHEREFORE,** Defendant, Christine D. Ogden prays this Honorable Court will dismiss Plaintiffs' Complaint and for her costs.

Dated at Belfast, Maine this 20th day of May, 2025

*/s/ Jeremy M. Marden, Esq.*
Jeremy M. Marden, Esq.
Bar No. 9635
MAILLOUX & MARDEN, P.A.
151 High Street
Belfast, ME 04915
(207) 338-1330
Attorney for Defendant
jmarden@maillouxmarden.com

CERTIFICATE OF SERVICE

I, Jeremy M. Marden, Esquire, Attorney for Defendant, Christine D. Ogden, certify that service has been made of the foregoing Answer to Plaintiff's Complaint for Foreclosure to the Plaintiff by e-mailing a conformed copy of said Answer to Kevin J. Crosman, Esq. by e-mail only to: kcrossman@jensenbaird.com on May 20, 2025.

*/s/ Jeremy M. Marden, Esq.*
Jeremy M. Marden, Esq.