UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>CHRISTINE D. ODGEN,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00155-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The Plaintiff has sent the mediation fee to the appropriate Foreclosure Diversion Program Court and is awaiting information regarding the mediation session scheduling information.

Dated this August 25, 2025.

                                                  /s/ *Kevin J. Crosman*
                                                Kevin J. Crosman, Bar No. 4279
                                                Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Christine D. Ogden
13 Old Route 1
Searsport, ME 04974

Jeremy M. Marden, Esq.
Mailloux & Marden, P.A
151 High Street
Belfast, ME 04915

Dated at Portland, Maine, this August 25, 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff