## MAINE JUDICIAL BRANCH

| | | |
|---|---|---|
| USDA _____ Plaintiff | ☐ Superior Court ☒ District Court | |
| V. | County: KNOX | |
| CHRISTINE OGDEN _____ Defendant | Location (Town): ROCKLAND | |
| | Docket No.: ROCDC-RE-2025-09 | |
| | USDC Case No.: | |
| | 1:25-CV-00155-JAW | |

### CLERK'S NOTICE

This case was referred to this court for foreclosure mediation. The Court has been informed that mediation in this case has been concluded. Thus, the case is administratively closed. The plaintiff shall file a copy of this Notice with the U.S. District Court.

Parties may retrieve personal financial documents in the mediation file at the KNOX DISTRICT Court within 30 days.

Date (mm/dd/yyyy): 11/20/2025

▶ _____
Clerk

CC: All Parties/Counsel