UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>CHRISTINE D OGDEN,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00155-JAW |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. On or about December 2, 2025, the Plaintiff filed a notice from the Maine District Court (Rockland) indicating that the mediation process had concluded.

Dated this February 12, 2026.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

Dated at Portland, Maine, this February 12, 2026.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff